NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

## 2010-7029

## LEON W. SHAPIRO,

Claimant-Appellant,

v.

## ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-826, Judge Robert N. Davis.

## ON MOTION

Before LINN, Circuit Judge.

## ORDER

Leon W. Shapiro moves without opposition to stay the briefing schedule in this appeal pending the expiration of the period in which to file a petition for writ of certiorari in Henderson v. Shinseki, 589 F.3d 1201 (Fed Cir. 2009).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule pending the Supreme Court's final disposition of Henderson is granted. The parties are directed to inform this court, within 14 days of the Supreme Court's final disposition of Henderson, concerning how they believe that this appeal should proceed.

(2) The revised official caption is reflected above.

FOR THE COURT

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Kathy A. Lieberman, Esq.
       Tara K. Hogan, Esq.
s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

**JAN HORBALY**
**CLERK**

2010-7029                      2